KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, NV  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135

DOUGLAS W. GREENE, ESQ. (*pro hac vice* to be submitted)
dgreene@bakerlaw.com
BAKER & HOSTETLER LLP
999 Third Avenue
Suite 3600
Seattle, WA  98104-4040
Telephone:  206.332.1380
Facsimile:  206.624.7317

*Attorneys for Defendants*
*PLAYAGS, INC., DAVID LOPEZ, KIMO AKIONA,*
*DAVID SAMBUR, DANIEL COHEN, ERIC PRESS,*
*YVETTE LANDAU, ADAM CHIBIB, AND GEOFF*
*FREEMAN*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAYAGS, INC., DAVID LOPEZ, KIMO AKIONA, DAVID SAMBUR, DANIEL COHEN, ERIC PRESS, YVETTE LANDAU, ADAM CHIBIB, GEOFF FREEMAN, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., JEFFERIES LLC, MACQUARIE CAPITAL (USA) INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CITIGROUP GLOBAL MARKETS, INC., STIFEL, NICOLAUS & COMPANY INCORPORATED, SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., ROTH CAPITAL PARTNERS, LLC, UNION GAMING SECURITIES LLC, THE WILLIAMS CAPITAL GROUP, L.P., APOLLO GLOBAL SECURITIES, LLC, MORGAN STANLEY & | CASE NO.: 2:20-cv-01443<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

1

21527213

CO LLC, APOLLO GLOBAL MANAGEMENT, LLC, APOLLO GAMING HOLDINGS, L.P., APOLLO INVESTMENT FUND VIII, L.P., and AP GAMING VOTECO, LLC,

Defendant.

Pursuant to FRCP 7.1 and LR 7.1-1, Defendants PLAYAGS, INC., DAVID LOPEZ, KIMO AKIONA, DAVID SAMBUR, DANIEL COHEN, ERIC PRESS, YVETTE LANDAU, ADAM CHIBIB, AND GEOFF FREEMAN, by and through their counsel of record, the law firm Brownstein Hyatt Farber Schreck, LLP, and the law firm Baker & Hostetler LLP, certify that the following may have a direct, pecuniary interest in the outcome of this case and/or are the parent, subsidiary, affiliate and/or insider of the named nongovernmental, corporate party, and/or a publicly held corporation owning ten percent (10%) or more of its stock:

1. Apollo Gaming Holdings, L.P.

2. AP Gaming Voteco, LLC

3. Anna Massion

These representations are made to enable judges of this Court to evaluate possible disqualifications or recusal.

DATED this 8th day of September, 2020.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY:  */s/ Kirk B. Lenhard*
     KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
     klenhard@bhfs.com
     100 N. City Parkway, Suite 1600
     Las Vegas, NV  89106
     Telephone:  702.382.2101
     Facsimile:  702.382.8135

**[SIGNATURES CONTINUED]**

2

4825-3354-6954.1
21527213

BAKER & HOSTETLER LLP

DOUGLAS W. GREENE, ESQ.
(*pro hac vice* to be submitted*)*
dgreene@bakerlaw.com
999 Third Avenue
Suite 3600
Seattle, WA  98104-4040
Telephone:  206.332.1380
Facsimile:   206.624.7317

*Attorneys for Defendants PlayAGS, Inc., David Lopez, Kimo Akiona, David Sambur, Daniel Cohen, Eric Press, Yvette Landau, Adam Chibib, and Geoff Freeman*

3

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **CERTIFICATE OF INTERESTED PARTIES** was served via electronic service on the 8th day of September, 2020, to all parties registered on the Court's CM/ECF system.

*/s/ Paula Kay*
an employee of Brownstein Hyatt Farber
Schreck, LLP

4

4825-3354-6954.1
21527213