| | |
|---|---|
| **WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP** | **LABATON SUCHAROW LLP** |
| Don Springmeyer (SBN 1021) | Christopher J. Keller (*pro hac vice*) |
| Bradley S. Schrager (NSB 10217) | Eric J. Belfi (*pro hac vice*) |
| Daniel Bravo (NSB 13078) | Francis P. McConville (*pro hac vice*) |
| 3556 E. Russell Road, 2nd Floor | 140 Broadway |
| Las Vegas, Nevada 89120 | New York, New York 10005 |
| Telephone: (702) 341-5200 | Telephone: (212) 907-0700 |
| Facsimile: (702) 341-5300 | Facsimile: (212) 818-0477 |
| Emails: dspringmeyer@wrslawyers.com | Emails: ckeller@labaton.com |
| bschrager@wrslawyers.com | ebelfi@labaton.com |
| dbravo@wrslawyers.com | fmcconville@labaton.com |
| *Proposed Liaison Counsel for the Class* | *Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MANJAN CHOWDHURY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAYAGS, INC., DAVID LOPEZ, and KIMO AKIONA,<br><br>Defendants. | Case No. 2:20-cv-01209-JCM-NJK<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND SELECTION OF LEAD COUNSEL** |
| ANDREW MILLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PLAYAGS, INC., DAVID LOPEZ, and KIMO AKIONA,<br><br>Defendants. | Case No. 2:20-cv-01428-JAD-EJY |

*Continues on following page…*

| | | |
|---|---|---|
| 1 | OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:20-cv-01443-GMN-NJK |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | PLAYAGS, INC., DAVID LOPEZ, KIMO AKIONA, DAVID SAMBUR, DANIEL COHEN, ERIC PRESS, YVETTE LANDAU, ADAM CHIBIB, GEOFF FREEMAN, CREDIT SUISSE SECURITIES (USA) LLC, DEUTSCHE BANK SECURITIES INC., JEFFERIES LLC, MACQUARIE CAPITAL (USA) INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, CITIGROUP GLOBAL MARKETS INC., STIFEL, NICOLAUS & COMPANY INCORPORATED, SUNTRUST ROBINSON HUMPHREY, INC., NOMURA SECURITIES INTERNATIONAL, INC., ROTH CAPITAL PARTNERS, LLC, UNION GAMING SECURITIES LLC, THE WILLIAMS CAPITAL GROUP, L.P., APOLLO GLOBAL SECURITIES, LLC, MORGAN STANLEY & CO LLC, APOLLO GLOBAL MANAGEMENT, LLC, APOLLO GAMING HOLDINGS, L.P., APOLLO INVESTMENT FUND VIII, L.P., and AP GAMING VOTECO, LLC | |

Defendants.

Having considered the Motion of Oklahoma Police Pension and Retirement System ("Oklahoma Police") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"):

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The above-captioned actions are consolidated for all purposes (the "Action"). This Order (the "Order") shall apply to the Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Action.

**I.  MASTER DOCKET AND MASTER FILE**

3. A Master Docket and Master File shall be established for the Action. The Master File shall be captioned *In re PlayAGS, Inc. Securities Litigation*, No. 20-cv-01209 (D. Nev.). All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable. When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all of these consolidated actions, the Clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

4. When a case that arises out of the same subject matter of the Action is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Mail a copy of this Order to the attorney for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

    c. Make the appropriate entry in the Master Docket for the Action.

5. Each new case that arises out of the subject matter of the Action which is filed in this Court or transferred to this Court, shall be consolidated with the Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on

counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the Defendants' right to object to consolidation of any subsequently-filed or transferred related action.

## II. APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

6. Oklahoma Police is appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

7. Oklahoma Police's selection of Labaton Sucharow as Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

   a. to brief and argue motions;
   b. to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;
   c. to direct and coordinate the examination of witnesses in depositions;
   d. to act as spokesperson at pretrial conferences;
   e. to initiate and conduct any settlement negotiations with Defendants' counsel;
   f. to consult with and employ experts;
   g. to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

        h.  to perform such other duties as may be expressly authorized by further order of this Court.

    8.  Oklahoma Police's selection of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP as Liaison Counsel to the Class is approved.

**IT IS SO ORDERED.**

DATED: October 28, 2020

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA